UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE G. WILLIAMS,

        Petitioner,                        CASE NO. 93-75495

-vs-                                       PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

WILLIAM MEYER,

        Respondent.
_____/

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS,
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION DATED AUGUST 10, 2005

      **SO ORDERED.**


                                       s/Paul D. Borman
                                       PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: September 7, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 7, 2005.

                                       s/Jonie Parker
                                       Case Manager