UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE G. WILLIAMS

       Petitioner,            CASE NO 93-75495

v.                                PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE

WILLIAM MEYER

       Respondent.

_____/

## JUDGMENT

On this date, the Court accepted the Report and Recommendation of Magistrate Judge Paul J. Komives .

Therefore, a judgment shall be entered in favor of the Respondent, and against the Petitioner.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 7, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 7, 2005.

                                              s/Jonie Parker
                                              Case Manager